# Exhibit A

# Keeping your account secure

We take cybersecurity very seriously and privacy is a fundamental commitment at AT&T.

It has come to our attention that a number of AT&T passcodes have been compromised. We are reaching out to all 7.6M impacted customers and have reset their passcodes. In addition, we will be communicating with current and former account holders with compromised sensitive personal information.

Our internal teams are working with external cybersecurity experts to analyze the situation. To the best of our knowledge, the compromised data appears to be from 2019 or earlier and does not contain personal financial information or call history.

We encourage customers to remain vigilant by monitoring account activity and credit reports. You can set up free fraud alerts from nationwide credit bureaus — Equifax, Experian, and TransUnion. You can also request and review your free credit report at any time via Freecreditreport.com.

## FREQUENTLY ASKED QUESTIONS

Collapse All

### What is AT&T doing to address the situation? How will AT&T contact me?

We've taken precautionary measures and reset passcodes, which is an extra layer of protection for AT&T accounts. Review the **How do I update my passcode FAQ** for details on creating a personal passcode.

We will reach out by mail or email to individuals with compromised sensitive personal information and offering complimentary identity theft and credit monitoring services.

### What can customers do to keep their accounts secure?

In addition to resetting your AT&T passcode, we encourage customers to remain vigilant by monitoring account activity and credit reports. You can set up free fraud alerts from

nationwide credit bureaus — Equifax, Experian, and TransUnion. You can also request and review your free credit report at any time via Freecreditreport.com



## What information was involved?

The information varied by customer and account, but may have included full name, email address, mailing address, phone number, social security number, date of birth, AT&T account number and passcode.

## What happened?

AT&T has determined that AT&T data-specific fields were contained in a data set released on the dark web. While AT&T has made this determination, it is not yet known whether the data in those fields originated from AT&T or one of its vendors.

With respect to the balance of the data set, which includes personal information such as social security numbers, the source of the data is still being assessed. Based on our preliminary analysis, the data set appears to be from 2019 or earlier, impacting approximately 7.6 million current AT&T account holders and 65.4 million former account holders. Currently, AT&T does not have evidence of unauthorized access to its systems resulting in theft of the data set.

## How do I know if my information was included?

If your information was impacted, you will be receiving an email or letter from us explaining the incident, what information was compromised, and what we are doing for you in response.

## What is a passcode? Is it the same as a password?

A passcode is like a numerical PIN and is usually four digits. It's different from a password and is only one of the security measures for AT&T customers – in addition to your password.

Learn about AT&T passcodes

## How do I update my passcode?

If you have an active account impacted by this, we've already reset your passcode. If you haven't changed your passcode in the past year, we also suggest you change yours as a precaution.

1. Go to your myAT&T Profile. Sign in, if asked. (If you have extra security enabled and can't sign in, choose **Get a new passcode**).
2. Scroll to **My linked accounts**.

3. Select **Edit** for the passcode you want to update.
4. Follow the prompts to finish up.

**FYI:** Make sure you don't use character combinations from previous passcodes.

Last updated: March 31, 2024

## Browse topics

- **Account access, IDs & passwords**
- **Billing & payments**
- **Move, change, suspend & cancel service**
- **Privacy, fraud & security**
- **Profile & contact info**
- **Usage info & alerts**

Learn how to create an ID, sign in, and manage your account.

**IDs, signing in & linking accounts**

**myAT&T app & signing in**

**Passcodes**

**Passwords**

**Permissions & granting access**

## Did you get the help you needed?

Yes No

Make a store appointment

Contact us

Help & info

AT&T Points Plus® Card from Citi

Newsroom

Careers

Feedback

FREE AT&T Email with 1TB storage

Currently.com

TechBuzz blog

Community forums

Site map Coverage maps Terms of use Accessibility Broadband details Legal policy center Advertising choices

Privacy center Your Privacy Choices FCC public files

©2024 AT&T Intellectual Property. All rights reserved.